UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-cv-61861-WJZ

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
        Plaintiff, )
v. )
 )
MANNY J. SHULMAN and )
DAVID K. HIRSCHMAN, )
 )
        Defendants. )
_____)

**FINAL JUDGMENT SETTING DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY AMOUNTS AGAINST DEFENDANT DAVID K. HIRSCHMAN**

**THIS CAUSE** came before the Court upon the Commission's Motion and Memorandum of Law to Set Disgorgement, Prejudgment Interest, and Civil Penalty Amounts against Defendants. [D.E. 10.] The Court previously entered a Judgment of Permanent Injunction and Other Relief against Defendant David K. Hirschman, which remains in place and in effect. [D.E. 9.]

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion is **GRANTED** as follows:

**I.**

**DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTY**

**IT IS ORDERED AND ADJUDGED** that Hirschman is jointly and severally liable, with Defendant Manny J. Shulman, for disgorgement of $269,300, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in

-1-

the amount of $34,198.95. Additionally, Hirschman is liable for a civil penalty in the amount of $269,300 pursuant to Section 20(d) of the Securities Act of 1933, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3). Hirschman shall satisfy this obligation by paying $572,798.95 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Hirschman may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Hirschman may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Hirschman as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Hirschman shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Hirschman relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Hirschman. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by

law) at any time after 14 days following entry of this Final Judgment.  Hirschman shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

## BANKRUPTCY NONDISCHARGEABILITY

**IT IS FURTHER ORDERED AND ADJUDGED** that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Complaint are true and admitted by Hirschman, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Hirschman under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Hirschman of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

## III.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ____ day of _____, 2016.

_____
**WILLIAM J. ZLOCH**
**UNITED STATES DISTRICT JUDGE**